IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**DARRELL DUNHAM**,
**Plaintiff,**

v.                                                                                          No. 13-473DRH

**JACKSON COUNTY, et al.,**
**Defendants.**

**ORDER**

**HERNDON, Chief Judge:**

This matter comes before the Court for case management. On November 18, 2013, then District Judge G. Patrick Murphy entered an order granting two motions to dismiss, dismissing without prejudice the complaint in this matter and giving plaintiff Dunham thirty days to file an amended complaint (Doc. 29). The Order also informed plaintiff Dunham that if he did not file an amended complaint within thirty days, the dismissal would automatically convert to a dismissal with prejudice. As of this date, plaintiff Dunham has failed to file an amended complaint, thus, by operation of Judge Murphy's Order, the previous order of dismissal without prejudice has now been converted to one **with prejudice** in this matter. The Order entered by the Clerk on January 10, 2014 (Doc. 31) was entered

by mistake and is vacated hereby. The Court **DIRECTS** the Clerk of the Court to enter judgment in this matter reflecting the same.

  **IT IS SO ORDERED.**

Signed this 14th day of January, 2014.

Digitally signed by
David R. Herndon
Date: 2014.01.14
13:19:54 -06'00'

                **Chief Judge**
                **United States District Court**