UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ILLINOIS

DARRELL DUNHAM,

    Plaintiff,

v.

JACKSON COUNTY, et al,

    Defendants.                    No. 13-cv-473-DRH

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This matter is before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Order entered on January 14, 2014 (Doc. 32), plaintiff's complaint is **DISMISSED with prejudice**.

                    NANCY J. ROSENSTENGEL,
                    CLERK OF COURT

                    BY:    /s/*Sara Jennings*
                              Deputy Clerk

**Dated:** January 14, 2014

Digitally signed by
David R. Herndon
Date: 2014.01.14
13:21:34 -06'00'

APPROVED:
        CHIEF JUDGE
        U. S. DISTRICT COURT